# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MITCHELL FUNERAL DIRECTORS, LLC**                                  **PLAINTIFF**

v.                      **CASE NO. 3:24-CV-00031-BSM**

**J. STUART TODD, INC.**                                                            **DEFENDANT**

### **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE